AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

United States of America
v.

KENNETH BRANT

*Defendant*

Case No. CR 20-898 KWR

RECEIVED
U.S. MARSHALS SERVICE
ALBUQUERQUE NEW MEXICO
2020 MAR 11 AM 11: 32

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
20 MAR 12 AM 10: 23
CLERK-ALBUQUERQUE

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Kenneth Brant,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-2: 18 U.S.C. § 875(c): Interstate Communication of Threats;

Count 3: 18 U.S.C. §§ 2261(A)(2) and 2262: Cyber-Stalking.

Date: 03/10/2020

*Issuing officer's signature*

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/11/20, and the person was arrested on *(date)* 3/12/20
at *(city and state)* Albuquerque, NM.

Date: 3/12/20

*Arresting officer's signature*

SA Eric Bruce
*Printed name and title*